LATHAM & WATKINS LLP
Mark A. Flagel (State Bar No. 110635)
Bob Steinberg (State Bar No. 126407)
Franklin D. Kang (State Bar No. 192314)
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
Dean G. Dunlavey (State Bar No. 115530)
650 Town Center Drive, 20th Floor
Costa Mesa CA 92626-1925
Telephone: (714) 755-8260
Facsimile: (714) 755-8290

Attorneys for Plaintiff
MONOLITHIC POWER SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>    Defendant | Case No. C 08-4567 CW<br><br>**SUBSTITUTION OF COUNSEL FOR PLAINTIFF MONOLITHIC POWER SYSTEMS, INC.** |
| O2 MICRO INTERNATIONAL LIMITED,<br><br>    Counterclaimant,<br><br>    v.<br><br>MONOLITHIC POWER SYSTEMS, INC.,<br><br>    Counterclaim defendant | |

**TO THE COURT, EACH PARTY AND ITS ATTORNEYS OR RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Monolithic Power Systems, Inc. ("MPS") hereby makes the following substitution of counsel of record for all purposes in connection with the above captioned action:

1. **Former Legal Representation:**

    FISH & RICHARDSON P.C.
    John P. Schnurer, Esq.
    Cheng C. Ko, Esq.
    Desa Leontrau Burton, Esq.
    12390 El Camino Real
    San Diego, CA 92130
    Telephone: (858) 678-5070
    Facsimile: (858) 678-5099
    Email: schnurer@fr.com
              burton@fr.com
              ko@fr.com

    FISH & RICHARDSON P.C.
    Louise (Yun) Lu, Esq.
    500 Arguello Street, Suite 500
    Redwood City, CA 94063
    Telephone: (650) 839-5070
    Facsimile: (650) 839-5071
    Email: yll@fr.com

2. **New Legal Representation:**

    LATHAM & WATKINS LLP
    Mark A. Flagel
    Bob Steinberg
    Franklin D. Kang
    355 South Grand Avenue
    Los Angeles, California 90071-1560
    Telephone: (213) 485-1234
    Facsimile: (213) 891-8763
    Email: mark.flagel@lw.com
              bob.steinberg@lw.com
              franklin.kang@lw.com

    LATHAM & WATKINS LLP
    Dean G. Dunlavey (State Bar No. 115530)
    650 Town Center Drive, 20th Floor
    Costa Mesa CA 92626-1925
    Telephone: (714) 755-8260
    Facsimile: (714) 755-8290
    Email: dean.dunlavey@lw.com

Dated:  February 6, 2009        Respectfully Submitted,

                                LATHAM & WATKINS LLP

                                By: _____/s/_____
                                    Franklin D. Kang

                                Attorneys for Plaintiff Monolithic Power Systems, Inc.

Dated:  February 6, 2009        **I CONSENT TO THIS SUBSTITUTION**

                                FISH & RICHARDSON, P.C.

                                By: _____/s/_____
                                    John P. Schnurer

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 6th day of February, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system. Any other counsel of record will be served by a facsimile transmission and/or first class mail.

_____/s/_____<br>
Franklin D. Kang