**FILED**

FEB - 9 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> O2 MICRO INTERNATIONAL LIMITED, <br><br> Defendant | Case No. C 08-4567 CW <br><br> [~~PROPOSED~~] ORDER GRANTING SUBSTITUTION OF COUNSEL FOR PLAINTIFF MONOLITHIC POWER SYSTEMS, INC. |
| O2 MICRO INTERNATIONAL LIMITED, <br><br> Counterclaimant, <br><br> v. <br><br> MONOLITHIC POWER SYSTEMS, INC., <br><br> Counterclaim defendant | |

On February 6, 2009, Plaintiff Monolithic Power Systems, Inc. ("MPS") filed a substitution of counsel including an acknowledgement of, and consent to, the substitution by MPS's prior counsel.

NOW, THEREFORE, IT IS HEREBY ORDERED, with good cause appearing, that Plaintiff MPS's counsel of record be substituted as follows:

1.   **Former Legal Representation:**

　　　FISH & RICHARDSON P.C.
　　　John P. Schnurer, Esq.
　　　Cheng C. Ko, Esq.
　　　Desa Leontrau Burton, Esq.
　　　12390 El Camino Real
　　　San Diego, CA  92130
　　　Telephone: (858) 678-5070
　　　Facsimile: (858) 678-5099
　　　Email: schnurer@fr.com
　　　　　　burton@fr.com
　　　　　　ko@fr.com

　　　FISH & RICHARDSON P.C.
　　　Louise (Yun) Lu, Esq.
　　　500 Arguello Street, Suite 500
　　　Redwood City, CA  94063
　　　Telephone: (650) 839-5070
　　　Facsimile: (650) 839-5071
　　　Email: yll@fr.com

2.   **New Legal Representation:**

　　　LATHAM & WATKINS LLP
　　　Mark A. Flagel
　　　Bob Steinberg
　　　Franklin D. Kang
　　　355 South Grand Avenue
　　　Los Angeles, California  90071-1560
　　　Telephone:  (213) 485-1234
　　　Facsimile:  (213) 891-8763
　　　Email: mark.flagel@lw.com
　　　　　　bob.steinberg@lw.com
　　　　　　franklin.kang@lw.com

　　　LATHAM & WATKINS LLP
　　　Dean G. Dunlavey (State Bar No. 115530)
　　　650 Town Center Drive, 20th Floor
　　　Costa Mesa CA 92626-1925
　　　Telephone:  (714) 755-8260
　　　Facsimile:  (714) 755-8290
　　　Email: dean.dunlavey@lw.com

1  **IT IS SO ORDERED.**

3  Dated: February 9, 2009

                                               *The Honorable Claudia Wilken*
                                               United States District Judge