1  Henry C. Bunsow (SBN 060707)
   bunsowh@howrey.com
2  K.T. Cherian (SBN 133967)
   cheriank@howrey.com
3  Robert Harkins (SBN 179525)
   harkinsr@howrey.com
4  HOWREY LLP
   525 Market Street, Suite 3600
5  San Francisco, California  94105
   Telephone:  (415) 848-4900
6  Facsimile:   (415) 848-4999

7  Attorneys for Defendant-Counterclaimant
   O2 Micro International Limited
8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND

12  MONOLITHIC POWER SYSTEMS, INC.,        Case No. C 08-4567 CW

13             Plaintiff,                  **APPLICATION FOR ISSUANCE OF
                                           LETTERS OF REQUEST (LETTERS**
14        v.                               **ROGATORY)**

15  O2 MICRO INTERNATIONAL LIMITED,

16             Defendant.

17  O2 MICRO INTERNATIONAL LIMITED,

18             Counterclaimant,

19        v.

20  MONOLITHIC POWER SYSTEMS, INC.,
21  ASUSTEK COMPUTER INC., ASUSTEK
    COMPUTER INTERNATIONAL AMERICA
22  BENQ CORPORATION, AND BENQ
    AMERICA CORP.,
23
               Counterclaim-Defendants.
24

25

26

27

28

                                    -1-
APPLICATION FOR ISSUANCE OF LETTER OF
REQUEST (LETTER ROGATORY))                          DM_US:21916939_1

1    **NOW INTO COURT**, through undersigned counsel, comes Defendant and Counterclaimant

2    O2 Micro International Limited ("O2 Micro") who respectfully petitions this Honorable Court for the

3    issuance of Letters of Request for International Judicial Assistance in the form annexed, pursuant to

4    Rule 4(h) of the Federal Rules of Civil Procedure, addressed to the appropriate judicial authority in

5    Taiwan, requesting that the Taiwanese court cause the following documents to be served upon

6    ASUSTeK  COMPUTER INC. and BENQ CORPORATION:  Summons in a Civil Action; Defendant

7    O2 Micro International Limited's First Amended Answer and Counterclaims to Monolithic Power

8    System, Inc.'s Amended Complaint for Declaratory Relief.

9         O2 Micro further requests that after this Court has signed and affixed its seal to the Letters of

10   Request, the Letters be returned to counsel for forwarding, along with the attached documentation, to

11   the United States Department of State at the following address:

12             U.S. Department of State
               Office of Overseas Citizens Services
13             2100 Pennsylvania Avenue, NW
               4th Floor
14             Washington, D.C.  20037

15        The U.S. Department of State will oversee transmission of the Letters of Request and related

16   documents to Taiwan through diplomatic channels as provided in 28 U.S.C. §1781(a)(2), as well as

17   their presentation to the requested judicial authority in Taiwan.

18        O2 Micro stands ready to reimburse this Court and/or the U.S. Department of State for any

19   expenses incurred in connection with the execution of the Letters of Request, and will deposit all

20   necessary funds with appropriate entities in advance to cover such expenses.

21

22

23

24

25

26

27

28

APPLICATION FOR ISSUANCE OF LETTER OF
REQUEST (LETTER ROGATORY))

DM_US:21916939_1

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | Dated:  February 18, 2009 |
| | By:   /s/ K.T. Cherian |
| 3 | Henry C. Bunsow, SBN 60707 |
| 4 | K. T. Cherian, SBN 133967 |
| | Robert Harkins, SBN 179525 |
| 5 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 6 | San Francisco, California 94105 |
| | Telephone: (415) 848-4900 |
| 7 | Facsimile: (415) 848-4999 |
| | E-Mail:  bunsowh@howrey.com |
| 8 | E-Mail: cheriank@howrey.com |
| | E-Mail: harkinsr@howrey.com |
| 9 | Attorneys for Defendant-Counterclaimant |
| 10 | O2 MICRO INTERNATIONAL LIMITED |
| 11 | Attachments: |
| | Letters Rogatory |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-3-

APPLICATION FOR ISSUANCE OF LETTER OF
REQUEST (LETTER ROGATORY))

DM_US:21916939_1