```
 1  Henry C. Bunsow (SBN 060707)
    bunsowh@howrey.com
 2  K. T. Cherian (SBN 133967)
    cheriank@howrey.com
 3  Robert Harkins (SBN 179525)
    harkinsr@howrey.com
 4  HOWREY LLP
    525 Market Street, Suite 3600
 5  San Francisco, California 94105
    Telephone: (415) 848-4900
 6  Facsimile:  (415) 848-4999
 7  Attorneys for Defendant-Counterclaimant
    O2 Micro International Limited
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| MONOLITHIC POWER SYSTEMS, INC., | CASE No. C 08-4567 CW |
|---|---|
| Plaintiff, | |
| v. | **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE** |
| O2 MICRO INTERNATIONAL LIMITED, | |
| Defendant. | |
| O2 MICRO INTERNATIONAL LIMITED, liability corporation, | |
| Counterclaimant, | |
| v. | |
| MONOLITHIC POWER SYSTEMS, INC., ASUSTEK COMPUTER INC., ASUSTEK COMPUTER INTERNATIONAL AMERICA BENQ CORPORATION, AND BENQ AMERICA CORP., | |
| Counterclaim-Defendants. | |

The United States District Court, Northern District of California, presents its compliments to the appropriate Judicial Authority in Taiwan and requests international judicial assistance to effect Service of Process upon a named defendant in the captioned Civil proceeding currently pending before this

1

1 Court.

2 Counterclaimant has filed a claim in the above captioned matter including, but not limited to,
3 allegations of patent infringement, which has caused and will continue to cause, Counterclaimant to
4 suffer damages.

5 This Court requests the assistance described herein as necessary in the interests of justice. It has
6 been represented to this Court that defendant, **BenQ Corporation,** can presently be served at the
7 following business address:

**BenQ Corporation
16 Jihu Road
Taipei 114
TAIWAN**

10
11 This Court respectfully requests that you cause one copy of the attached documents, Summons
in a Civil Action and Defendant O2 Micro International Limited's First Amended Answer, with
12 Chinese translations thereof, to be served upon **BenQ Corporation** at the above address by leaving
13 with a director, officer, or other entity authorized to accept the service of civil process in the manner
14 prescribed for service of similar documents under the laws of Taiwan.
15
This Court further requests that, after service has been made, you cause the person who serves
16 the documents upon **BenQ Corporation** to execute a Certificate of Service and return it, together with
17 a copy of the documents served, to this Court at the address below.
18
Plaintiff's counsel, Howrey LLP, 525 Market Street, Suite 3600, San Francisco, California
19 94105 USA, stand ready to reimburse your authority for all expenses incurred in executing this request
20 for judicial assistance.
21
This Court also assures your authority that it will reciprocate with similar assistance in like
22 cases and extends to the Judicial Authorities in Taiwan the assurance of its highest consideration.
23

24
25 DATE | Honorable Claudia Wilken
United States District Court
26 | Northern District of California, Oakland Division
1301 Clay Street
27 | Oakland, California 94612
28 [Seal] | Telephone: 510-637-3530

```
 1  Henry C. Bunsow (SBN 060707)
    bunsowh@howrey.com
 2  K. T. Cherian (SBN 133967)
    cheriank@howrey.com
 3  Robert Harkins (SBN 179525)
    harkinsr@howrey.com
 4  HOWREY LLP
    525 Market Street, Suite 3600
 5  San Francisco, California 94105
    Telephone: (415) 848-4900
 6  Facsimile:  (415) 848-4999

 7  Attorneys for Defendant-Counterclaimant
    O2 Micro International Limited
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| MONOLITHIC POWER SYSTEMS, INC., | CASE No. C 08-4567 CW |
|---|---|
| Plaintiff, | |
| v. | **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE** |
| O2 MICRO INTERNATIONAL LIMITED, | |
| Defendant. | |
| O2 MICRO INTERNATIONAL LIMITED, liability corporation, | |
| Counterclaimant, | |
| v. | |
| MONOLITHIC POWER SYSTEMS, INC., ASUSTEK COMPUTER INC., ASUSTEK COMPUTER INTERNATIONAL AMERICA BENQ CORPORATION, AND BENQ AMERICA CORP., | |
| Counterclaim-Defendants. | |

The United States District Court, Northern District of California, presents its compliments to the appropriate Judicial Authority in Taiwan and requests international judicial assistance to effect Service of Process upon a named defendant in the captioned Civil proceeding currently pending before this

1

Request for International Judicial Assistance                                                  Service upon ASUSTeK Computer, Inc.

Court.

Counterclaimant has filed a claim in the above captioned matter including, but not limited to, allegations of patent infringement, which has caused and will continue to cause, Counterclaimant to suffer damages.

This Court requests the assistance described herein as necessary in the interests of justice. It has been represented to this Court that defendant, **ASUSTeK Computer, Inc.,** can presently be served at the following business address:

> **ASUSTeK Computer, Inc.**
> **No. 15, Li-Te Road**
> **Peitou, Taipei**
> **TAIWAN**

This Court respectfully requests that you cause one copy of the attached documents, Summons in a Civil Action and Defendant O2 Micro International Limited's First Amended Answer, with Chinese translations thereof, to be served upon **ASUSTeK Computer, Inc.** at the above address by leaving with a director, officer, or other entity authorized to accept the service of civil process in the manner prescribed for service of similar documents under the laws of Taiwan.

This Court further requests that, after service has been made, you cause the person who serves the documents upon **ASUSTeK Computer, Inc.** to execute a Certificate of Service and return it, together with a copy of the documents served, to this Court at the address below.

Plaintiff's counsel, Howrey LLP, 525 Market Street, Suite 3600, San Francisco, California 94105 USA, stand ready to reimburse your authority for all expenses incurred in executing this request for judicial assistance.

This Court also assures your authority that it will reciprocate with similar assistance in like cases and extends to the Judicial Authorities in Taiwan the assurance of its highest consideration.

---

DATE

[Seal]

Honorable Claudia Wilken
United States District Court
Northern District of California, Oakland Division
1301 Clay Street
Oakland, California 94612
Telephone: 510-637-3530

2

Request for International Judicial Assistance — Service upon ASUSTeK Computer, Inc.