IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONOLITHIC POWER SYSTEMS, INC.,

    Plaintiff,

  v.

O2 MICRO INTERNATIONAL LIMITED,

    Defendant.
                                  /

No. C 08-4567 CW

ORDER CONCERNING OBJECTIONS TO PROPOSED COURT-APPOINTED EXPERT

    At the March 3, 2009 case management conference, the Court proposed appointing Dr. Enrico Santi as its expert. O2 Micro subsequently filed a set of objections to Dr. Santi's appointment.

    The Court will grant O2 Micro's request for the opportunity to show cause why the Court should not appoint an expert and, should the Court decide to appoint an expert, why it should not select Dr. Santi. O2 Micro may propose an alternate nominee of its choosing.

    O2 Micro must file a brief of no more than five pages in support of its position within ten days of the date of this order. If MPS wishes to file a response, it may file a brief of up to five pages within five days of O2 Micro's filing. The parties may jointly interview Dr. Santi and O2 Micro's proffered expert concerning their qualifications, impartiality and availability, via

1  a conference call, at each witness' first availability.
2       IT IS SO ORDERED.
3
4  Dated: 3/17/09

                                    CLAUDIA WILKEN
                                    United States District Judge

**United States District Court**
For the Northern District of California

2