1 [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| MONOLITHIC POWER SYSTEMS, INC., | Case No. C 08-4567 CW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO AMEND CASE MANAGEMENT ORDER** |
| v. | |
| O2 MICRO INTERNATIONAL LIMITED, | |
| Defendant | |
| O2 MICRO INTERNATIONAL LIMITED, | |
| Counterclaimant, | |
| v. | |
| MONOLITHIC POWER SYSTEMS, INC., ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, BENQ CORPORATION, AND BENQ AMERICA CORP., | |
| Counterclaim-Defendants | |

Plaintiff Monolithic Power Systems, Inc. ("MPS"), Defendant O2 Micro International Limited ("O2 Micro"), and Counterclaim Defendants ASUSTeK Computer Inc. and ASUS Computer International, for good cause, hereby jointly stipulate and move the Court to amend the Case Management Order, entered March 17, 2009, as follows:

(1) To extend the currently scheduled August 14, 2009 deadline for serving rebuttal expert reports concerning technical issues to August 24, 2009, and

(2) To extend the currently scheduled deadlines – only insofar as they relate to O2 Micro's prayer for damages – as follows:

|  | Date from March 17, 2009 Order | Revised deadline |
|---|---|---|
| Disclosure/opening expert report date re damages | July 31, 2009 | August 21, 2009 |
| Rebuttal expert report re damages | August 14, 2009 | September 11, 2009 |
| Completion of expert discovery re damages | August 31, 2009 | September 21, 2009 |
| Opening brief as to any dispositive motion concerning damages | September 10, 2009 | September 28, 2009 |
| Opposition brief as to any dispositive motion concerning damages | October 1, 2009 | October 16, 2009 |
| Reply brief as to any dispositive motion concerning damages | October 22, 2009 | November 6, 2009 |

All other dates set forth in the Case Management Order are unchanged.

Dated: August 7, 2009   Respectfully submitted,

LATHAM & WATKINS LLP


By: _____/s/_____
       Mark A. Flagel

Attorneys for Plaintiff and Counterclaim-Defendant
Monolithic Power Systems, Inc.

| | | |
|---|---|---|
| 1 | Dated: August 7, 2009 | HOWREY LLP |
| 2 | | |
| 3 | | By: _____/s/_____ |
| | | Robert Harkins |
| 4 | | |
| | | Attorneys for Defendant and Counterclaimant |
| 5 | | O2 Micro International, Ltd. |
| 6 | | |
| 7 | | |
| 8 | Dated: August 7, 2009 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| 9 | | |
| 10 | | |
| 11 | | By: _____/s/_____ |
| | | Scott R. Mosko |
| 12 | | Attorneys for Plaintiff and Counterclaim-Defendant Monolithic Power Systems, Inc. and |
| 13 | | Counterclaim-Defendants ASUSTeK Computer Inc. and ASUS Computer International |

**ORDER**

Pursuant to the parties' stipulation, it is SO ORDERED. The March 17, 2009 Case Management Order is hereby amended as set forth above.

Dated: 8/ 17 /09

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE