IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., | No. 08-04567 CW |
| Plaintiff, | ORDER RE COURT-APPOINTED EXPERT |
| v. | |
| O2MICRO INTERNATIONAL LIMITED, | |
| Defendant. | |

On October 22, 2009, the Court received a letter from Professor Seth Sanders stating he will not be able to serve as the court-appointed expert in this case. Accordingly,

IT IS HEREBY ORDERED that the parties shall meet and confer about a process for replacing Dr. Sanders and submit a joint proposal by November 12, 2009. If the parties are unable to submit a joint proposal, they should each submit separate proposals by November 12, 2009.

Dated 10/30/09

CLAUDIA WILKEN
United States District Judge