LATHAM & WATKINS LLP
Mark A. Flagel (State Bar No. 110635)
Bob Steinberg (State Bar No. 126407)
Franklin D. Kang (State Bar No. 192314)
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone:  (213) 485-1234
Facsimile:   (213) 891-8763

LATHAM & WATKINS LLP
Dean G. Dunlavey (State Bar No. 115530)
650 Town Center Drive, 20th Floor
Costa Mesa, California  92626-1925
Telephone:  (714) 755-8260
Facsimile:   (714) 755-8290

Attorneys for Plaintiff
MONOLITHIC POWER SYSTEMS, INC.

FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
Scott R. Mosko (State Bar No. 106070)
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Plaintiff MONOLITHIC
POWER SYSTEMS, INC. and
Counterclaim-Defendants ASUSTEK
COMPUTER INC. and ASUS
COMPUTER INTERNATIONAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>   Defendant.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>   Counterclaimant,<br><br>   v.<br><br>MONOLITHIC POWER SYSTEMS, INC., ASUSTEK COMPUTER INC., ASUSTEK COMPUTER INTERNATIONAL AMERICA, BENQ CORPORATION, and BENQ AMERICA CORP.,<br><br>   Counterclaim-Defendants. | Case No. C 08-4567 CW (EDL)<br><br>**DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF O2 MICRO INTERNATIONAL LIMITED, INC.'S ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL EXHIBITS A AND B TO EXHIBIT 1 TO THE DECLARATION OF DUANE MATHIOWETZ PURSUANT TO CIVIL LOCAL RULE 79-5(d) (DKT. NO. 292); [PROPOSED] ORDER**<br><br>JUDGE:    Honorable Claudia Wilken |

1   I, Scott R. Mosko, declare as follows:

2   1.   I am a partner in the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., counsel of record for Plaintiff and Counterclaim-Defendant Monolithic Power Systems, Inc. ("MPS") and Counterclaim-Defendants ASUSTeK Computer Inc. and Asus Computer International (collectively "Asus").  I am a member in good standing of the State Bar of California, and have been admitted to practice before this Court.  I submit this declaration in support of Defendant O2 Micro International Limited, Inc.'s ("O2 Micro") Administrative Motion to Seal Confidential Exhibits A and B to Exhibit 1 (hereinafter referred to as "Exhibit A" and "Exhibit B," respectively) to the Declaration of Duane Mathiowetz in Support of O2 Micro's Motion to Serve Final Infringement Contentions (Docket No. 292).  The matters stated herein are based upon my personal knowledge, and if called as a witness, I would testify as to the following statements.

**Papers That Should Be Filed Under Seal**

Pursuant to Civil Local Rules 7-11 and 79-5(b) and (d), MPS and Asus hereby request that select portions of the following documents be filed under seal:

(a)   **Exhibit A**.  Exhibit A contains an infringement claim chart for certain MPS accused products, and accompanies O2 Micro's recently-proposed "Final Infringement Contentions."  MPS has filed a Motion to Strike these so-called "Final Infringement Contentions," including the exhibits thereto (Docket No. 286).  Accordingly, MPS submits that Exhibits A and B to Exhibit 1 to the Mathiowetz Declaration should not be filed at all, as they are in violation of Patent L.R. 3-6.  However, to the extent that Exhibit A is filed at all by O2 Micro, MPS requests redaction of Exhibit A to remove the confidential portions in it.

Specifically, O2 Micro has requested that the entirety of Exhibit A be filed under seal on the grounds that it contains MPS's highly confidential business information.  However, in the interest of providing the public with access to as much of the record as possible without causing irreparable harm to MPS, MPS hereby requests that only select portions of Exhibit A—found on pages 1-14 and pages 70-87—be filed under seal.  These pages contain MPS highly confidential, proprietary, and sensitive business information.  In particular, these pages contain content from the datasheets of the MP1009 and MP1048, including detailed diagrams and schematics.  The contents from these

pages have been the subject of a prior motion to seal, which this Court previously granted (Docket No. 244).  Thus, the contents from these pages are subject to the protective order in this case, have previously been filed under seal, and have not otherwise been made public.  Moreover, the information included in these datasheets at issue is relatively new, and is the result of extensive research, development, and investment by MPS.  If the substance from these pages were disclosed to the public, MPS would be irreparably harmed, and its competitors would gain an unfair competitive advantage by being given free access to proprietary business information that MPS has devoted substantial resources to develop.  In contrast, the public would not be harmed by being denied access to redacted portions of Exhibit A, since these redactions consist of only select portions of two of the five products contained in O2 Micro's recently proposed "Final Infringement Contentions," and the public would still have access to ample information to understand O2 Micro's arguments.  MPS has narrowly tailored its request to seal select portions of pages 1-14 and 70-87 from public view since they contain MPS highly confidential, proprietary, and sensitive business information.

So the Court and O2 Micro can understand the specific redactions that MPS believes are appropriate, attached to this declaration are the specific pages of Exhibit A, referred to above, identifying the proposed redactions.

(b)     **Exhibit B**.  Exhibit B contains an infringement chart for certain products associated with the ASUS counterclaim defendants.  To the extent that Exhibit B is filed at all by O2 Micro, the ASUS Counterclaim Defendants request redaction of Exhibit B to remove the confidential portions in it.

O2 Micro has requested that the entirety of Exhibit B be filed under seal on the grounds that it contains counterclaim defendants' highly confidential business information.  However, in the interest of providing the public with access to as much of the record as possible without causing irreparable harm to the ASUS counterclaim defendants, they hereby request that only select portions of Exhibit B—found on pages 23-36, 38-42, and 44—be filed under seal.

These pages contain highly confidential trade secret information that has previously not been disclosed to the public.  They contain reference to information gleaned from confidential documents including actual schematics that were not intended to be disclosed to the public.  The ASUS

1  counterclaim defendants would be irreparably harmed, and their competitors would gain unfair
2  competitive advantage, if this information were to be disclosed to the public.
3     So the Court and O2 Micro can understand the specific redactions that the ASUS
4  Counterclaim Defendants believe are appropriate, attached to this declaration are the specific
5  pages of Exhibit B, referred to above, identifying the proposed redactions.
6     I declare under penalty of perjury under the laws of the United States that the foregoing
7  is true and correct and that this declaration was executed on April 1, 2010, at Palo Alto, California.

                                                /s/ Scott R. Mosko
                                                Scott R. Mosko

**[PROPOSED] ORDER**

Upon good cause shown, IT IS HEREBY ORDERED that:

- Exhibits A and B to Exhibit 1 to the Declaration of Duane Mathiowetz in Support of Defendant O2 Micro International Limited's Motion to Serve Final Infringement Contentions in Accordance with Patent Local Rule 3-6 (Dkt. 292), shall be filed under seal, and

- If O2 Micro still intends for this Court to consider Exhibits A and B to Exhibit 1 to the Declaration of Duane Mathiowetz in Support of Defendant O2 Micro International Limited's Motion to Serve Final Infringement Contentions in Accordance with Patent Local Rule 3-6 (Dkt. 292), O2 Micro shall redact these documents consistent with attachments to the Mosko Declaration in Support of the Motion to File Under Seal, and publicly file said redacted documents.

IT IS SO ORDERED.

Dated: _____ 4/7/10

_____
Claudia Wilken
United States District Judge