LATHAM & WATKINS LLP
Mark A. Flagel (State Bar No. 110635)
Bob Steinberg (State Bar No. 126407)
Franklin D. Kang (State Bar No. 192314)
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone:  (213) 485-1234
Facsimile:   (213) 891-8763

LATHAM & WATKINS LLP
Dean G. Dunlavey (State Bar No. 115530)
650 Town Center Drive, 20th Floor
Costa Mesa, California  92626-1925
Telephone:  (714) 755-8260
Facsimile:   (714) 755-8290

Attorneys for Plaintiff
MONOLITHIC POWER SYSTEMS, INC.

FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
Scott R. Mosko (State Bar No. 106070)
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Plaintiff MONOLITHIC
POWER SYSTEMS, INC. and
Counterclaim Defendants ASUSTEK
COMPUTER INC. and ASUS
COMPUTER INTERNATIONAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>Defendant.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>Counterclaimant,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., ASUSTEK COMPUTER INC., ASUSTEK COMPUTER INTERNATIONAL AMERICA, BENQ CORPORATION, and BENQ AMERICA CORP.,<br><br>Counterclaim-Defendants. | Case No. C 08-4567 CW (EDL)<br><br>**STIPULATION AND ORDER ALLOWING FINAL INFRINGEMENT AND INVALIDITY CONTENTIONS -** *AS MODIFIED*<br><br>JUDGE:   Honorable Claudia Wilken |

1  WHEREAS, Defendant and Counterclaimant O2 Micro International Limited ("O2 Micro") asserts it has good cause to serve "Final Infringement Contentions" as a result of the Court's Claim Construction Order (Docket No. 285); and

4  WHEREAS, Plaintiff and Counterclaim Defendant Monolithic Power Systems, Inc. ("MPS") and Counterclaim Defendants ASUSTeK Computer Inc. and Asus Computer International (collectively "ASUS") will not dispute O2 Micro's assertion, but assert their right to serve Final Invalidity Contentions in light of the Court's Claim Construction Order and O2 Micro's "Final Infringement Contentions"; and

9  WHEREAS, O2 Micro submitted its proposed "Final Infringement Contentions" to the Court as part of its March 25, 2010 "Motion to Serve Final Infringement Contentions"; and

11  WHEREAS, O2 Micro has confirmed that it is not pursuing a theory of infringement based upon the Doctrine of Equivalents as to any patent claim or any accused product; and

13  WHEREAS, MPS and ASUS intend to serve their "Final Invalidity Contentions" within twenty-one (21) days from the date the Court approves this stipulation; and

15  WHEREAS, MPS and ASUS do not intend to assert new prior art, *i.e.*, prior art that has not previously been identified by way of their preliminary invalidity contentions, in expert reports, at depositions, and/or during the course of the ITC proceeding, as part of their "Final Invalidity Contentions"; and

19  WHEREAS, the parties will not seek to reopen discovery as a result of their respective Final Contentions.

21  IT IS STIPULATED that:

22  (1)  The Final Infringement Contentions that O2 Micro submitted to the Court on March 25, 2010 shall be deemed its final infringement contentions;

24  (2)  MPS and ASUS shall serve their Final Invalidity Contentions within twenty-one (21) days of the date this Court approves this stipulation; and

26  (3)  These Final Contentions shall not be a reason for any party to ask that discovery be reopened.

28  / / /

HOWEVER, nothing in this Stipulation constitutes an admission that a document, testimony, or other evidence is admissible. By entering into this Stipulation, the parties are not waiving any evidentiary objections they may have.

Respectfully submitted,

Dated: April 7, 2010      FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

By: ___/s/ Scott R. Mosko___
Scott R. Mosko

Attorneys for Plaintiff MONOLITHIC POWER SYSTEMS, INC. and Counterclaim Defendants ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL

Dated: April 7, 2010      LATHAM & WATKINS LLP

By: ___/s/ Dean G. Dunlavey___
Dean G. Dunlavey

Attorneys for Plaintiff and Counterclaim Defendant MONOLITHIC POWER SYSTEMS, INC.

Dated: April 7, 2010      HOWREY LLP

By: ___/s/ Duane Mathiowetz___
Duane Mathiowetz

Attorneys for Defendant and Counterclaimant O2 MICRO INTERNATIONAL LIMITED

/ / /

/ / /

/ / /

/ / /

**FILER'S ATTESTATION**

I, Scott R. Mosko, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Allowing Final Infringement and Invalidity Contentions. Pursuant to General Order No. 45, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Dean G. Dunlavey and Duane Mathiowetz.

Dated: April 7, 2010

/s/ Scott R. Mosko
Scott R. Mosko

1 **ORDER**

2 IT IS SO ORDERED.  **PLAINTIFF'S MOTION TO STRIKE (DOCKET #286) IS**
3 **DENIED AS MOOT.**

4

5 Dated:  4/13/2010

6
7 _____
  Claudia Wilken
8 United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28