United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>          Defendant.<br>_____/<br>O2 MICRO INTERNATIONAL LIMITED,<br><br>          Counterclaimant,<br><br>     v.<br><br>MONOLITHIC POWER SYSTEMS, INC.;<br>ASUSTEK COMPUTER INC.; ASUSTEK<br>COMPUTER INTERNATIONAL AMERICA; BENQ<br>CORPORATION; and BENQ AMERICA CORP.,<br><br>          Counterclaim-Defendants.<br>_____/ | No. C 08-4567 CW<br><br>ORDER CONCERNING<br>PROPOSED COURT-<br>APPOINTED EXPERT |

On October 22, 2009, Dr. Seth Sanders notified the Court that he is unable to fulfill his duties as the court-appointed expert in this case (Docket No. 223). Both parties agreed that Dr. David Perreault, an associate professor at the Massachusetts Institute of Technology, would be a suitable replacement for Dr. Sanders.

Within five days of this order, the parties shall meet and confer and file joint or separate briefs of no more than five pages addressing: (1) the availability of Dr. Perreault for trial; (2) his proposed duties in connection with this case; (3) the

1  documents he would review; (4) and a proposed schedule that
2  includes when the parties would provide Dr. Perreault with
3  documents, when he could provide his report and when the parties
4  could depose him.
5      If Dr. Perreault is no longer available to serve in this case,
6  the parties shall inquire into and report on Dr. Enrico Santi's
7  availability and offer their positions on how the Court should
8  proceed.
9      IT IS SO ORDERED.

10
11 Dated: April 19, 2010
12                                       CLAUDIA WILKEN
                                         United States District Judge

**United States District Court**
For the Northern District of California