| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | NORTHERN DISTRICT OF CALIFORNIA | |
| 10 | OAKLAND DIVISION | |
| 11 | | |
| 12 | MONOLITHIC POWER SYSTEMS, INC., | Case No. C 08-4567 CW |
| 13 | Plaintiff, | **ORDER GRANTING ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL** |
| 14 | v. | |
| 15 | O2 MICRO INTERNATIONAL LIMITED, | |
| 16 | Defendant. | |
| 17 | | |
| 18 | O2 MICRO INTERNATIONAL LIMITED, | JUDGE:   Hon. Claudia Wilken |
| 19 | Counterclaimant, | |
| 20 | v. | |
| 21 | MONOLITHIC POWER SYSTEMS, INC., ASUSTEK COMPUTER INC., ASUSTEK COMPUTER INTERNATIONAL AMERICA, BENQ CORPORATION, AND BENQ AMERICA CORP., | |
| 22 | | |
| 23 | Counterclaim-Defendants. | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Case No. C 08-4567 CW                                                                                       [PROPOPOSED] ORDER

1     Plaintiff and Counterclaim-Defendant Monolithic Power Systems, Inc. ("MPS") moves
2 for leave to file under seal Exhibit 1 to the Declaration of Franklin D. Kang in Support of MPS's
3 Motion for Leave to File a Motion for Partial Reconsideration of Order Denying MPS and
4 ASUSTeK's Motion for Summary Judgment of Non-Infringement, which contains excerpts from
5 the Initial Determination on Violation of Section 337 and Recommended Determination of
6 Remedy and Bond from the International Trade Commission Proceeding, *In the Matter of*
7 *Certain Cold Cathode Fluorescent Lamp ("CCFL") Inverter Circuits and Products Containing*
8 *Same,* Investigation No. 337-TA-666 (the "ITC Proceeding"), issued by Administrative Law
9 Judge E. James Gildea on April 19, 2010.

10     MPS has established that Exhibit 1 to the Kang Declaration is excerpted from a document
11 that has been marked by the ITC as Confidential Business Information, Subject to the Protective
12 Order in the ITC proceeding. The Court recognizes that the public interest favors filing court
13 documents in the public record and that requests for filings under seal be narrowly tailored. The
14 Court is further informed that the ITC has ordered that the parties to the ITC Proceeding must
15 submit by April 26, 2010 to the ITC their requests to redact confidential business information,
16 and that the ITC will thereafter make available to the public a redacted version of its Initial
17 Determination, and that MPS will thereafter file in open court a public version of Exhibit 1 after
18 the ITC releases a public version of its Initial Determination.

19     Accordingly, IT IS HEREBY ORDERED that Exhibit 1 to the Kang Declaration be filed
20 under seal at this time, and that a supplemental/redacted public version of Exhibit 1 be filed in
21 open court after the ITC issues a public version of its Initial Determination.

23     IT IS SO ORDERED.

25 Dated: May 4, 2010

                                        United States District Judge

Case No. C 08-4567 CW                                           [PROPOPOSED] ORDER