| | |
|---|---|
| LATHAM & WATKINS LLP<br>Mark A. Flagel (State Bar No. 110635)<br>Bob Steinberg (State Bar No. 126407)<br>Franklin D. Kang (State Bar No. 192314)<br>355 South Grand Avenue<br>Los Angeles, California  90071-1560<br>Telephone:  (213) 485-1234<br>Facsimile:  (213) 891-8763<br><br>LATHAM & WATKINS LLP<br>Dean G. Dunlavey (State Bar No. 115530)<br>650 Town Center Drive, 20th Floor<br>Costa Mesa CA 92626-1925<br>Telephone:  (714) 755-8260<br>Facsimile:  (714) 755-8290<br><br>Attorneys for Plaintiff<br>MONOLITHIC POWER SYSTEMS, INC. | FINNEGAN, HENDERSON,<br>FARABOW, GARRETT<br>& DUNNER, L.L.P.<br>Scott R. Mosko (State Bar No. 106070)<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, California 94304-1203<br>Telephone:  (650) 849-6600<br>Facsimile:  (650) 849-6666 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>       Defendant. | Case No. C 08-4567 CW<br><br>**ORDER GRANTING MPS'S CIVIL L. R. 7-10 ADMINISTRATIVE MOTION TO ENFORCE COMPLIANCE WITH THE COURT'S ORDER REGARDING DOCUMENTS TO BE DELIVERED TO COURT-APPOINTED EXPERT DR. PERREAULT** |
| O2 MICRO INTERNATIONAL LIMITED,<br><br>       Counterclaimant,<br><br>   v.<br><br>MONOLITHIC POWER SYSTEMS, INC., ASUSTEK COMPUTER INC., ASUSTEK COMPUTER INTERNATIONAL AMERICA, BENQ CORPORATION, AND BENQ AMERICA CORP.,<br><br>       Counterclaim-Defendants. | JUDGE:   Hon. Claudia Wilken |

Case No. C 08-4567 CW

[PROPOSED] ORDER GRANTING MPS'S
CIVIL L. R. 7-10 ADMINISTRATIVE MOTION TO
ENFORCE COMPLIANCE WITH COURT'S ORDER

1 | The Court, having considered Plaintiff and Counterclaim-Defendant Monolithic Power
2 | Systems, Inc.'s Civil L.R. 7-10 Administrative Motion to Enforce Compliance With the Court's
3 | Order Regarding Documents To Be Delivered to Court-Appointed Expert Dr. Perreault, and the
4 | papers in support of and in opposition to the Motion,

IT IS HEREBY ORDERED that within two (2) business days of the date of this Order, the parties will send to Dr. David Perreault copies of:

(1) each Counterclaim-Defendant's Final Invalidity Contentions; and

(2) the prior art references cited in each Counterclaim-Defendant's Final Invalidity Contentions.

**IT IS SO ORDERED.**

Dated:  5/28/2010

_____
Hon. Claudia Wilken
United States District Court Judge

Case No. C 08-4567 CW                                [PROPOSED] ORDER GRANTING MPS'S
                                                     CIVIL L. R. 7-10 ADMINISTRATIVE MOTION TO
                                                     ENFORCE COMPLIANCE WITH COURT'S ORDER