1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                 OAKLAND DIVISION

11

| | |
|---|---|
| 12  MONOLITHIC POWER SYSTEMS, INC., | Case No. C 08-4567 CW |
| 13       Plaintiff, | **ORDER GRANTING  ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL** |
| 14     v. | |
| 15  O2 MICRO INTERNATIONAL LIMITED, | |
| 16       Defendant. | |
| 17  O2 MICRO INTERNATIONAL LIMITED, | |
| 18       Counterclaimant, | JUDGE:   Hon. Claudia Wilken |
| 19     v. | |
| 20  MONOLITHIC POWER SYSTEMS, INC., ASUSTEK COMPUTER INC., ASUSTEK COMPUTER INTERNATIONAL AMERICA, BENQ CORPORATION, AND BENQ AMERICA CORP., | |
| 21 | |
| 22 | |
| 23       Counterclaim-Defendants. | |
| 24 | |

25
26
27
28

Case No. C 08-4567 CW                                              [PROPOPOSED] ORDER

1   Plaintiff and Counterclaim-Defendant Monolithic Power Systems, Inc. ("MPS") moves
2 for leave to file under seal Exhibits B, D, and E to the Declaration of Mark A. Flagel in support
3 of MPS and ASUSTeK's Motion for Attorney's Fees and Non-Taxable Costs Pursuant to 35
4 U.S.C. § 285 and Fed. R. Civ. P. 54(d)(2) and 37(c)(2).

5   Counsel for MPS has established that its request is narrowly tailored to information that
6 Latham & Watkins and Finnegan Henderson considers to be confidential sensitive, non-public
7 business information and information that third parties may deem confidential and/or proprietary.

8   Accordingly, IT IS HEREBY ORDERED that Exhibits B, D, and E to the Declaration of
9 Mark A. Flagel in support of MPS and ASUSTeK's Motion for Attorney's Fees and Non-
10 Taxable Costs Pursuant to 35 U.S.C. § 285 and Fed. R. Civ. P. 54(d)(2) and 37(c)(2) be filed
11 under seal in their entirety.

12   IT IS SO ORDERED.

14 Dated: July 13, 2010  
   _____
15                                   United States District Judge