LATHAM & WATKINS LLP
Mark A. Flagel (State Bar No. 110635)
Bob Steinberg (State Bar No. 126407)
Franklin D. Kang (State Bar No. 192314)
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
Dean G. Dunlavey (State Bar No. 115530)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 755-8260
Facsimile: (714) 755-8290

Attorneys for Plaintiff and Counterclaim-Defendant MONOLITHIC POWER SYSTEMS, INC.

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Scott R. Mosko (State Bar No. 106070)
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-666

Attorneys for Plaintiff and Counterclaim-Defendant MONOLITHIC POWER SYSTEMS, INC., and Counterclaim-Defendants ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> O2 MICRO INTERNATIONAL LIMITED, <br><br> Defendant. | Case No. C 08-4567 CW <br><br> **STIPULATION EXTENDING TIME FOR PLAINTIFF AND COUNTERCLAIM-DEFENDANTS TO FILE OPENING PAPERS SUPPORTING AMOUNTS CLAIMED FOR ATTORNEYS' FEES AND NONTAXABLE COSTS; ORDER** |
| O2 MICRO INTERNATIONAL LIMITED, <br><br> Counterclaimant, <br><br> v. <br><br> MONOLITHIC POWER SYSTEMS, INC., ASUSTEK COMPUTER INC., ASUSTEK COMPUTER INTERNATIONAL, BENQ CORPORATION, and BENQ AMERICA CORP., <br><br> Counterclaim-Defendants. | |

STIP. RE PAPERS SUPPORTING FEES & COSTS;
[~~PROPOSED~~] ORDER - Case No. C 08-4567 CW

1  Pursuant to Civil Local Rule 6-2, the parties to this action hereby stipulate to the following:

2  1. This Court ordered the parties to meet and confer to attempt to determine the amount

3  of reasonable attorneys' fees and costs that should be awarded pursuant to the Court's March 3, 2011

4  Order Granting in Part MPS and ASUSTeK's Motion for Attorneys' Fees and Non-taxable Costs

5  (Dkt. No. 449). Discussions among the parties have occurred. At present, no agreement has been

6  reached;

7  2. The parties believe additional time will be helpful to allow counsel to invest further

8  effort to meet and confer regarding the issues pending before the Court. The parties are committed

9  to a constructive process that warrants an extension of the schedule for good cause;

10  3. According to the Order (Dkt. No. 449), MPS and the ASUSTeK entities are to file

11  their opening brief and documentation supporting the amounts they claim for attorneys' fees and

12  non-taxable costs on April 7, 2011. If this matter does not otherwise resolve, the parties agree that

13  these opening papers shall now be filed on or before May 5, 2011;

14  4. O2 Micro's responsive brief currently is due April 21, 2011. The parties agree that

15  this responsive brief shall now be due on May 19, 2011; and

16  5. The MPS and ASUSTeK entities' reply brief shall now be due on May 26, 2011,

17  IT IS SO STIPULATED.

18  Scott R. Mosko received permission from Edward R. Reines, counsel to O2 Micro, to attach

19  his electronic signature to this stipulation and proposed order.

20

21  Dated: April 5, 2011

22  WEIL, GOTSHAL & MANGES LLP               LATHAM & WATKINS LLP

23

24  By: /s/ Edward R. Reines                 By: /s/ Dean G. Dunlavey
         Edward R. Reines                          Dean G. Dunlavey
25

26  Attorneys for Defendant and Counterclaimant   Attorneys for Plaintiff and Counterclaim-
    O2 MICRO INTERNATIONAL LIMITED              Defendant MONOLITHIC POWER SYSTEMS,
27                                              INC.

28  / / /

- 1 -           STIP. RE PAPERS SUPPORTING FEES & COSTS;
                [PROPOSED] ORDER - Case No. C 08-4567 CW

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

By: /s/ Scott R. Mosko
Scott R. Mosko
Attorneys for Plaintiff and Counterclaim-Defendant MONOLITHIC POWER SYSTEMS, INC., and Counterclaim-Defendants ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL

**ORDER**

Upon good cause shown, it is hereby ordered that:

1. MPS and the ASUSTeK entities shall file their opening brief and documentation supporting the amounts claimed for attorneys' fees and non-statutory costs on or before May 5, 2011;

2. O2 Micro shall file its responsive paper on or before May 19, 2011; and

3. MPS and the ASUSTeK entities shall file their reply paper on or before May 26, 2011.

IT IS SO ORDERED.

Dated: 4/6/2011

_____
Claudia Wilken
United States District Judge