EDWARD R. REINES (Bar No. 135930)
edward.reines@weil.com
DAVID D. LYDON (Bar No. 270940)
david.lydon@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant
O2 MICRO INTERNATIONAL LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> O2 MICRO INTERNATIONAL LIMITED, <br><br> Defendant. | Case No. C 08-4567 CW <br><br> **STIPULATION EXTENDING TIME TO FILE PAPERS RELATING TO THE AMOUNTS REQUESTED FOR ATTORNEYS' FEES AND NONTAXABLE COSTS; [~~PROPOSED~~] ORDER** |
| O2 MICRO INTERNATIONAL LIMITED, <br><br> Counterclaimant, <br><br> v. <br><br> MONOLITHIC POWER SYSTEMS, INC., ASUSTEK COMPUTER INC., ASUSTEK COMPUTER INTERNATIONAL AMERICA, BENQ CORPORATION, and BENQ AMERICA CORP., <br><br> Counterclaim-Defendants. | |

Pursuant to Civil Local Rule 6-2, the parties to this action hereby stipulate to the following:

1.      According to the Scheduling Order (Dkt. No. 453) now governing the proceedings on the calculation of fees and non-taxable costs, O2 Micro's responsive submission currently is due May 19, 2011.  The parties agree that this responsive submission shall now be due on May 26, 2011; and

2.      The MPS and ASUSTeK entities' reply submission currently due May 26, 2011 shall now be due on June 9, 2011,

IT IS SO STIPULATED.

Edward R. Reines received permission from Scott R. Mosko, counsel to MPS, to attach his electronic signature to this stipulation and proposed order.


Dated:  May 17, 2011


WEIL, GOTSHAL & MANGES LLP

By:_____
        /s/ Edward R. Reines
                Edward R. Reines

Attorneys for Defendant and Counterclaimant
O2 MICRO INTERNATIONAL LIMITED


LATHAM & WATKINS LLP

By:_____
        /s/ Dean G. Dunlavey
                Dean G. Dunlavey

Attorneys for Plaintiff and Counterclaim-
Defendant MONOLITHIC POWER SYSTEMS,
INC.


FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.


By:_____
        /s/ Scott R. Mosko
                Scott R. Mosko
Attorneys for Plaintiff and Counterclaim-
Defendant MONOLITHIC POWER SYSTEMS,
INC., and Counterclaim-Defendants ASUSTEK
COMPUTER INC. and ASUSTEK
COMPUTER INTERNATIONAL AMERICA

1

## [~~PROPOSED~~] ORDER

2

Upon good cause shown, it is hereby ordered that:

3

1.      O2 Micro shall file its responsive paper on or before May 26, 2011; and

4

2.      MPS and the ASUSTeK entities shall file their reply paper on or before June 9, 2011.

5

IT IS SO ORDERED.

6

7

Dated:   **5/19/2011**
                _____

8

9
                                        _____
                                                Claudia Wilken

10
                                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28