EDWARD R. REINES (Bar No. 135930)
edward.reines@weil.com
DAVID D. LYDON (Bar No. 270940)
david.lydon@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendant and Counterclaimant*
O2 MICRO INTERNATIONAL LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>Defendant.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>Counterclaimant,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., ASUSTEK COMPUTER, INC., ASUSTEK COMPUTER INTERNATIONAL AMERICA,<br><br>Counterclaim-Defendants. | Case No. C 08-4567-CW<br><br>STATEMENT OF AUTHORITY CONCERNING O2 MICRO INTERNATIONAL LIMITED'S OPPOSITION TO MPS AND ASUSTEK'S MOTION FOR ATTORNEYS' FEES, PURSUANT TO THE COURT'S MARCH 3, 2011 ORDER [DOCKET NO. 449]<br><br>Judge: Honorable Claudia Wilken |

Pursuant to Civil Local Rule 7-3(d), O2 Micro International Limited ("O2 Micro") brings to the Court's attention the Supreme Court's recent decision in *Fox v. Vice*, 2011 WL 2175211 (June 6, 2011) ("the trial court must determine whether the fees requested would not have accrued but for the frivolous claim."). This decision, which is attached, supports the arguments made throughout O2 Micro's Opposition to MPS and Asustek's Motion for Attorneys' Fees, Pursuant to the Court's March 3, 2011 Order [Docket No. 449].

Dated: June 16, 2011

Respectfully submitted,

By: */s/ Edward R. Reines*
Edward R. Reines

WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

*Attorneys for Defendant and Counterclaimant
O2 Micro International Limited*

STATEMENT OF AUTHORITY CONCERNING O2 MICRO'S OPPOSITION TO MPS/ASUSTEK'S MOTION FOR ATTORNEYS' FEES

1

Case No. C 08-04567-CW