| | |
|---|---|
| LATHAM & WATKINS L.L.P.<br>Mark A. Flagel (State Bar No. 110635)<br>Bob Steinberg (State Bar No. 126407)<br>Franklin D. Kang (State Bar No. 192314)<br>355 South Grand Avenue<br>Los Angeles, California  90071-1560<br>Telephone:  (213) 485-1234<br>Facsimile:  (213) 891-8763<br><br>LATHAM & WATKINS L.L.P.<br>Dean G. Dunlavey (State Bar No. 115530)<br>650 Town Center Drive, 20th Floor<br>Costa Mesa CA 92626-1925<br>Telephone:  (714) 755-8260<br>Facsimile:  (714) 755-8290<br><br>Attorneys for Plaintiff<br>MONOLITHIC POWER SYSTEMS, INC. | FINNEGAN, HENDERSON,<br>FARABOW, GARRETT<br>& DUNNER, L.L.P.<br>Scott R. Mosko (State Bar No. 106070)<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, California 94304-1203<br>Telephone:  (650) 849-6600<br>Facsimile:  (650) 849-6666<br><br>Attorneys for Plaintiff MONOLITHIC<br>POWER SYSTEMS, INC. and<br>Counterclaim-Defendants ASUSTEK<br>COMPUTER INC. and ASUS<br>COMPUTER INTERNATIONAL |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>    Defendant.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>    Counterclaimant,<br><br>    v.<br><br>MONOLITHIC POWER SYSTEMS, INC.,<br>ASUSTEK COMPUTER INC., ASUSTEK<br>COMPUTER INTERNATIONAL<br>AMERICA, BENQ CORPORATION, AND<br>BENQ AMERICA CORP.,<br><br>    Counterclaim-Defendants. | Case No. C 08-4567 CW (EDL)<br><br>**ORDER GRANTING ADMINISTRATIVE<br>MOTION FOR AN ORDER PLACING<br>DOCUMENTS UNDER SEAL**<br><br><br>JUDGE:   Hon. Claudia Wilken |

[~~PROPOSED~~] ORDER
Case No. C 08-4567 CW

1   Plaintiffs and Counterclaim Defendant Monolithic Power Systems, Inc. ("MPS"), and
2  Counterclaim Defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively
3  "ASUSTeK") move for leave to file under seal the following pursuant to Civil L.R. 7-11 and 79-5(b),
4  (c), and (d):
5   Exhibits 22 -23 to the Supplemental Declaration of Scott R. Mosko in Support of MPS and
6  ASUSTeK's Response to O2 Micro International Ltd.'s Opposition to MPS and ASUSTeK's Motion
7  for Attorneys' Fees, Pursuant to the Court's March 3, 2011, Order (Docket No. 449).
8   Counsel for MPS and ASUSTeK have established that their request is narrowly tailored to
9  information that MPS, ASUSTeK, Latham & Watkins L.L.P, Finnegan, Henderson, Farabow,
10 Garrett & Dunner L.L.P, and third-parties consider to be confidential, sensitive, non-public business
11 information.
12  Accordingly, IT IS HEREBY ORDERED that these documents be filed under seal in their
13 entirety.
14  IT IS SO ORDERED.  **Pursuant to General Order 62, MPS and ASUSTeK shall**
15 **electronically file Exhibits 22 and 23 under seal within three days of the date of this Order.**

Dated: ___**June 22**_____, 2011                              _____
                                                                 Claudia Wilken
                                                                 United States District Judge

- 1 -                                                            [PROPOSED] ORDER
                                                                 Case No. C 08-4567 CW