LATHAM & WATKINS LLP
Mark A. Flagel (State Bar No. 110635)
Bob Steinberg (State Bar No. 126407)
Franklin D. Kang (State Bar No. 192314)
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
Dean G. Dunlavey (State Bar No. 115530)
650 Town Center Drive, 20th Floor
Costa Mesa CA 92626-1925
Telephone: (714) 755-8260
Facsimile: (714) 755-8290

Attorneys for Plaintiff
MONOLITHIC POWER SYSTEMS, INC.

FINNEGAN, HENDERSON,
FARABOW, GARRETT
& DUNNER, L.L.P.
Scott R. Mosko (State Bar No. 106070)
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Plaintiff MONOLITHIC
POWER SYSTEMS, INC. and
Counterclaim-Defendants ASUSTEK
COMPUTER INC. and ASUS
COMPUTER INTERNATIONAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>    Defendant.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>    Counterclaimant,<br><br>    v.<br><br>MONOLITHIC POWER SYSTEMS, INC., ASUSTEK COMPUTER INC., ASUSTEK COMPUTER INTERNATIONAL AMERICA, BENQ CORPORATION, AND BENQ AMERICA CORP.,<br><br>    Counterclaim-Defendants. | Case No. C 08-4567 CW (EDL)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL**<br><br>JUDGE:   Hon. Claudia Wilken |

1    Plaintiffs and Counterclaim Defendant monolithic Power Systems, Inc. ("MPS"), and
2 Counterclaim Defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively
3 "ASUSTeK") move for leave to file under seal the following pursuant to Civil L.R. 7-11 and 79-5(b),
4 (c), and (d):
5    1.   Declaration of Scott R. Mosko in Support of Documentation Supporting MPS and
6 ASUSTeK's Motion for Attorneys' Fees, Pursuant to the Court's March 3, 2011, Order (Docket No.
7 449)
8    2.   Exhibits A and 1 - 17 to the Declaration of Scott R. Mosko in Support of
9 Documentation Supporting MPS and ASUSTeK's Motion for Attorneys' Fees, Pursuant to the
10 Court's March 3, 2011, Order (Docket No. 449)
11   3.   Exhibits A - BB to the Declaration of Smith R. Brittingham in Support of
12 Documentation Supporting MPS and ASUSTeK's Motion for Attorneys' Fees, Pursuant to the
13 Court's March 3, 2011, Order (Docket No. 449).
14   4.   Exhibits 1 - 26 to the Declaration of Smith R. Brittingham in Support of
15 Documentation Supporting MPS and ASUSTeK's Motion for Attorneys' Fees, Pursuant to the
16 Court's March 3, 2011, Order (Docket No. 449).
17   Counsel for MPS and ASUSTeK have established that their request is narrowly tailored to
18 information that MPS, ASUSTeK, Latham & Watkins LLP, Finnegan, Henderson, Farabow,
19 Garrett & Dunner LLP, and third-parties consider to be confidential, sensitive, non-public business
20 information.
21   Accordingly, IT IS HEREBY ORDERED that these documents be filed under seal in their
22 entirety.  Within three days of the date of this Order, MPS and ASUSTeK shall electronically file
23 these documents under seal.
24   IT IS SO ORDERED.

Dated: ____July 19_____, 2011            _____
                                           Claudia Wilken
                                           United States District Judge

- 1 -                                      ORDER
                                           Case No. C 08-4567 CW