| | |
|---|---|
| LATHAM & WATKINS LLP<br>Mark A. Flagel (State Bar No. 110635)<br>Bob Steinberg (State Bar No. 126407)<br>Franklin D. Kang (State Bar No. 192314)<br>355 South Grand Avenue<br>Los Angeles, California  90071-1560<br>Telephone:  (213) 485-1234<br>Facsimile:  (213) 891-8763<br><br>LATHAM & WATKINS LLP<br>Dean G. Dunlavey (State Bar No. 115530)<br>650 Town Center Drive, 20th Floor<br>Costa Mesa CA 92626-1925<br>Telephone:  (714) 755-8260<br>Facsimile:  (714) 755-8290<br><br>Attorneys for Plaintiff<br>MONOLITHIC POWER SYSTEMS, INC. | FINNEGAN, HENDERSON,<br>FARABOW, GARRETT<br>& DUNNER, L.L.P.<br>Scott R. Mosko (State Bar No. 106070)<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, California 94304-1203<br>Telephone:  (650) 849-6600<br>Facsimile:  (650) 849-6666<br><br>Attorneys for Plaintiff MONOLITHIC<br>POWER SYSTEMS, INC. and<br>Counterclaim-Defendants ASUSTEK<br>COMPUTER INC. and ASUS<br>COMPUTER INTERNATIONAL |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>    Defendant.<br>_____<br>O2 MICRO INTERNATIONAL LIMITED,<br><br>    Counterclaimant,<br><br>    v.<br><br>MONOLITHIC POWER SYSTEMS, INC., ASUSTEK COMPUTER INC., ASUSTEK COMPUTER INTERNATIONAL AMERICA, BENQ CORPORATION, AND BENQ AMERICA CORP.,<br><br>    Counterclaim-Defendants. | Case No. C 08-4567 CW (EDL)<br><br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL**<br><br><br><br><br>JUDGE:    Hon. Claudia Wilken |

[PROPOSED] ORDER
Case No. C 08-4567 CW

1    Plaintiffs and Counterclaim Defendant Monolithic Power Systems, Inc., and Counterclaim
2 Defendants ASUSTeK Computer Inc. and ASUS Computer (collectively "MPS") move for leave to
3 file under seal the following pursuant to Civil L.R. 7-11 and 79-5(b), (c), and (d):

4    1.   Declaration of Scott R. Mosko in Support of Plaintiff Monolithic Power Systems, Inc.,
5 and Counterclaimants ASUSTeK Computer Inc., and ASUS Computer International's Recalculation
6 of Fees and Non-Taxable Costs Pursuant to Order (Dkt. No. 485)

7    2.   Exhibits 1A - 15A, 17A, 23A, 1B - 15B, 17B, and 23B, 24 and 25 to the Declaration
8 of Scott R. Mosko in Support of Plaintiff Monolithic Power Systems, Inc., and Counterclaimants
9 ASUSTeK Computer Inc., and ASUS Computer International's Recalculation of Fees and Non-
10 Taxable Costs Pursuant to Order (Dkt. No. 485)

11   Counsel for MPS have established that their request is narrowly tailored to information that
12 MPS, Latham & Watkins L.L.P, Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P, and third-
13 parties consider to be confidential, sensitive, non-public business information.

14   Accordingly, IT IS HEREBY ORDERED that these documents be filed under seal in their
15 entirety.

16   IT IS SO ORDERED.

Dated: _____**February 3**__, 2012          _____
                                                 Claudia Wilken
                                                 United States District Judge

- 1 -                                [PROPOSED] ORDER
                                     Case No. C 08-4567 CW