| | |
|---|---|
| LATHAM & WATKINS LLP<br>Mark A. Flagel (State Bar No. 110635)<br>Bob Steinberg (State Bar No. 126407)<br>Franklin D. Kang (State Bar No. 192314)<br>355 South Grand Avenue<br>Los Angeles, California  90071-1560<br>Telephone:  (213) 485-1234<br>Facsimile:  (213) 891-8763<br><br>LATHAM & WATKINS LLP<br>Dean G. Dunlavey (State Bar No. 115530)<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626-1925<br>Telephone:  (714) 755-8260<br>Facsimile:  (714) 755-8290<br><br>Attorneys for Plaintiff and Counterclaim-Defendant MONOLITHIC POWER SYSTEMS, INC. | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.<br>Scott R. Mosko (State Bar No. 106070)<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, California 94304-1203<br>Telephone:  (650) 849-6600<br>Facsimile:  (650) 849-6666<br><br>Attorneys for Plaintiff and Counterclaim-Defendant MONOLITHIC POWER SYSTEMS, INC. and Counterclaim-Defendants ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>    Defendant.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>    Counterclaimant,<br><br>    v.<br><br>MONOLITHIC POWER SYSTEMS, INC., ASUSTEK COMPUTER INC., ASUSTEK COMPUTER INTERNATIONAL AMERICA, BENQ CORPORATION, AND BENQ AMERICA CORP.,<br><br>    Counterclaim-Defendants. | Case No. C 08-4567 CW (EDL)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL**<br><br><br>JUDGE:   Honorable Claudia Wilken |

1  Plaintiff and Counterclaim Defendant Monolithic Power Systems, Inc., and Counterclaim
2  Defendants ASUSTeK Computer Inc. and ASUS Computer (collectively "MPS") move for leave
3  to file under seal the following pursuant to Civil L.R. 7-11 and 79-5(b), (c), and (d):

4  1.  Exhibits 1C through 15C, 17C, and 23C to the Declaration of Dean G. Dunlavey
5  in Support of Plaintiff and Counterclaim-Defendant Monolithic Power Systems, Inc. and
6  Counterclaim-Defendants ASUSTeK Computer Inc. and ASUS Computer International's
7  Recalculation of Fees and Non-Taxable Costs to Order (Dkt. No. 485).

8  Counsel for MPS have established that their request is narrowly tailored to information
9  that MPS and Latham & Watkins LLP consider to be confidential, sensitive, non-public business
10  information.

11  Accordingly, IT IS HEREBY ORDERED that these documents be filed under seal in
12  their entirety.

13  IT IS SO ORDERED.

15  DATED: February 23, 2012

16  _____
     Hon. Claudia Wilken
17  United States District Court Judge

[PROPOSED] ORDER
Case No. C 08-4567 CW (EDL)

1