EDWARD R. REINES (Bar No. 135930)
edward.reines@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
*Attorneys for Defendant and Counterclaimant*
O2 MICRO INTERNATIONAL LIMITED

LATHAM & WATKINS LLP
Mark A. Flagel (State Bar No. 110635)
mark.flagel@lw.com
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
*Attorneys for Plaintiff and Counterclaim-Defendant* MONOLITHIC POWER SYSTEMS, INC.

FINNEGAN, HENDERSON, FARRABOW, GARRETT & DUNNER, L.L.P.
Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666
*Attorneys for Plaintiff and Counterclaim-Defendant* MONOLITHIC POWER SYSTEMS, INC. and *Counterclaim-Defendants* ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>Defendant.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>Counterclaimant,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., ASUSTEK COMPUTER, INC., ASUSTEK COMPUTER INTERNATIONAL AMERICA,<br><br>Counterclaim-Defendants. | Case No. C 08-4567-CW<br><br>**[PROPOSED] ORDER TO RELEASE SUPERSEDEAS BOND**<br><br>Judge:   Honorable Claudia Wilken |

**IT IS HEREBY ORDERED that:**

1. The Supersedeas Bond posted in this case, Platte River Insurance Company Bond No. 41087615, dated August 24, 2012, is hereby unconditionally released, cancelled, and discharged.

2. Platte River Insurance Company is hereby unconditionally released from any and all liability under the terms of the Supersedeas Bond.

**IT IS SO ORDERED.**

Dated: November 21, 2013

_____
Honorable Claudia Wilken
United States District Court Judge