| | |
|---|---|
| EDWARD R. REINES (Bar No. 135930)<br>*edward.reines@weil.com*<br>WEIL, GOTSHAL & MANGES LLP<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br>*Attorneys for Defendant and Counterclaimant*<br>O2 MICRO INTERNATIONAL LIMITED | LATHAM & WATKINS LLP<br>Mark A. Flagel (State Bar No. 110635)<br>*mark.flagel@lw.com*<br>355 South Grand Avenue<br>Los Angeles, California 90071-1560<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>*Attorneys for Plaintiff and Counterclaim-Defendant* MONOLITHIC POWER SYSTEMS, INC.<br><br>FINNEGAN, HENDERSON, FARRABOW, GARRETT & DUNNER, L.L.P.<br>Scott R. Mosko (State Bar No. 106070)<br>*scott.mosko@finnegan.com*<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, California 94304-1203<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br>*Attorneys for Plaintiff and Counterclaim-Defendant* MONOLITHIC POWER SYSTEMS, INC. and *Counterclaim-Defendants* ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>    Defendant.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>    Counterclaimant,<br><br>    v.<br><br>MONOLITHIC POWER SYSTEMS, INC., ASUSTEK COMPUTER, INC., ASUSTEK COMPUTER INTERNATIONAL AMERICA,<br><br>    Counterclaim-Defendants. | Case No. C 08-4567-CW<br><br>**[PROPOSED] ORDER REGARDING SATISFACTION OF JUDGMENT**<br><br><br><br><br><br>Judge:   Honorable Claudia Wilken |

**IT IS HEREBY ORDERED that:**

1. Plaintiff Monolithic Power Systems, Inc. has acknowledged that Defendant O2 Micro International Limited has fully satisfied the terms of the Court's Judgment on Attorneys' Fees and Costs, entered on May 3, 2012 (Dkt. 503) and the Court's Order taxing costs against O2 Micro International Limited, entered on March 3, 2011 (Dkt. 449).

2. O2 Micro International Limited has satisfied its entire liability to Monolithic Power Systems, Inc. in this lawsuit.

3. Accordingly, the clerk of this Court shall enter this Satisfaction of Judgment.

**IT IS SO ORDERED.**

Dated:   November 21, 2013

_____
Honorable Claudia Wilken
United States District Court Judge

[PROPOSED] ORDER REGARDING SATISFACTION OF JUDGMENT       1       CASE NO. C 08-04567-CW